IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANNIE RUTH NELSON, *Administratrix
of the Estate of Dion Nelson, Sr., Deceased,
as Administratrix and also on Behalf of the
Wrongful Death Survivors of Dion Nelson, Sr.,
Astyrd Nelson, a minor, Achaunte Nelson, a
minor, Dion R. Nelson, Jr., a minor, and
Jalon Washington, a minor*   PLAINTIFF

v.   CIVIL ACTION NO. 4:06cv149-TSL-LRA

RUSH FOUNDATION HOSPITAL and
JOHN DOES I-X   DEFENDANTS

## ORDER OF DISMISSAL

This cause having been set for a status/settlement conference with the Court for April 24, 2007 and Kacey G. Bailey having informed the Court that the parties have reached a compromise and settlement of all pending claims in this matter,

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within ~~forty-five (45)~~ sixty (60) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the 20th day of April, 2007.

_/s/ Linda R. Anderson_
UNITED STATES MAGISTRATE JUDGE